IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>LUCID FINANCIAL,<br><br>Defendant. | ORDER TO ADMINISTRATIVELY CLOSE CASE<br><br>Case No. 2:11-CV-817DAK<br><br>Judge Dale A. Kimball |

Through the Consent Order for Permanent Injunction entered February 1, 2012, and the Supplemental Consent Oder of Civil Monetary Penalty entered July 30, 2012, Plaintiff has obtained all the relief it sought in this action. Accordingly, the court directs the Clerk of Court to administratively close the case. As stated in the consent orders, the court retains jurisdiction over this case for the purpose of enforcing the terms of the consents orders.

DATED this 11th day of October, 2012.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge